MARK HYNES, Appellant, v SONIDO, INC., Respondent.

Submitted December 8, 2008; decided January 22, 2009

Motion for reargument denied [*see* 11 NY3d 827 (2008)].

In the Matter of STATE OF NEW YORK, Appellant, v RANDY M., Respondent. (Proceeding No. 1.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RANDY M., Respondent, v SUPERINTENDENT OF ULSTER CORRECTIONAL FACILITY et al., Appellants. (Proceeding No. 2.)

Submitted December 29, 2008; decided January 22, 2009

Motion for leave to appeal denied. Motion for a stay dismissed as academic.